IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD RHOADES and LUIS URBINA,<br><br>        Plaintiffs,<br><br>    v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:10-cv-00763-GEB-KJM<br><br><br>RELATED CASE ORDER |
| CHAD RHOADES and LUIS URBINA, on behalf of themselves, and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:10-cv-01788-MCE-DAD |

        Plaintiffs filed a "Notice of Identical 'Related' Case and Related Appeal Petition" under Federal Rule of Civil Procedure 83 and Local Rule 123(b) on August 18, 2010, stating:

> [T]he instant action is the same case that Plaintiffs successfully remanded back to the Sacramento Superior Court that the Defendant has removed again. It is the identical case to that which was previously pending and remanded by the Honorable Judge Garland E. Burrell, Jr., in docket, <u>Rhoades, et al. v. Progressive Casualty Insurance Company, Inc.</u>, Case No. 2-10-CV-00763-GEB-KJM. Upon

1

> Defendant's re-removal, it was assigned a new docket number, 2-10-CV-01788-MCE-DAD. It is the same lawsuit, contains the same claims, involves the identical parties and has now been subject to removal, remand, appeal (pending) and re-removal into the current action.

(Doc. No. 25, 1:27-2:6.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123.  Therefore, action 2:10-cv-01788-MCE-DAD is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the initials "GEB-KJM" instead of the other judges' initials. The Clerk shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment and shall issue Judge Garland E. Burrell, Jr.'s Order Setting Status (Pretrial Scheduling) Conference in 2:10-cv-01788-GEB-KJM setting a status conference.

Dated:  August 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge